
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CRAIG A. BOHN,

    Defendant.

Case No. 10-CR-
[29 U.S.C. § 439(c)]

Green Bay Division

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

1. At all times relevant to this information:

    a. Local 558 of the Security, Police, Fire Professionals of America ("Local 558"), whose members worked in Kewaunee, Wisconsin, was a labor organization engaged in an industry affecting commerce;

    b. During the time period between late 2006 and December 2007, Craig A. Bohn, was the financial secretary-treasurer of Local 558;

    c. The savings account registers for Local 558's accounts at Bank First National were required to be filed with the Secretary of Labor as part of the organization's annual financial report.

2. On or about the below-listed dates, in the State and Eastern District of Wisconsin,

**CRAIG A. BOHN**

willfully made a false entry in records required to be kept by Section 436 of Title 29, United States Code:

| Count | Date | Description |
|---|---|---|
| **One** | October 20, 2007 | Misrepresentation of expense information on Local 558's savings account register |
| **Two** | November 10, 2007 | Misrepresentation of expense information on Local 558's savings account register |

All in violation of Title 29, United States Code, Section 439(c).

*James L. Santelle*  
JAMES L. SANTELLE  
United States Attorney

*March 25, 2010*  
Date

2

Case 1:10-cr-00096-JRS   Filed 05/25/10   Page 2 of 2   Document 1